**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TONY IGBADUMHE,<br><br>Petitioner,<br><br>v.<br><br>ICE, et al.,<br><br>Respondents. | Civil Action No: 26-10144 (SDW)<br><br>**WHEREAS OPINION**<br><br>August 12, 2026 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon *pro se* Petitioner Tony Igbadumhe's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1); and

**WHEREAS** the filing fee for a petition for writ of habeas corpus is $5.00. Pursuant to Local Civil Rule 54.3(a), the filing fee is required to be paid at the time the petition is presented for filing; and

**WHEREAS** Petitioner did not pay the filing fee or submit an *in forma pauperis* application; and

**WHEREAS** the Clerk will be ordered to send Petitioner a blank *in forma pauperis* application; and

**WHEREAS** Petitioner shall submit the $5.00 filing fee or completed *in forma pauperis* application within 30 days. Otherwise, this Court shall close this matter.

An appropriate order follows.

**SUSAN D. WIGENTON, U.S.D.J.**